IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JERAMIE McGILL, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | NO. CIV-09-373-D |
| | ) | |
| PAUL A. KASTNER, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Petitioner, a federal prisoner confined at the Oklahoma City Federal Transfer Center who appears *pro se*, brought this action seeking habeas corpus relief pursuant to 28 U. S. C. § 2241. In accordance with 28 U.S.C. §636(b)(1)(B), the matter was referred to United States Magistrate Judge Valerie K. Couch for initial proceedings. Respondent moved for dismissal on several grounds and, on August 31, 2009, the Magistrate Judge filed a Report and Recommendation [Doc. No. 18] recommending dismissal on the ground that the action is moot.

In the Report and Recommendation, the Magistrate Judge advised the parties of the right to object to the findings and conclusions set forth therein, and she scheduled a September 21, 2009 deadline for filing objections. She further expressly cautioned Petitioner that a failure to timely file objections would result in a waiver of the right to appellate review of the matters determined in the Report and Recommendation.

Petitioner did not file an objection to the Report and Recommendation, nor did he seek an extension of time in which to do so. Therefore, the Report and Recommendation [Doc. No. 18] is adopted as though fully set forth herein. For the reasons set forth in the Report and

Recommendation, this action is dismissed as moot.

　　　　IT IS SO ORDERED this  2nd   day of October, 2009.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　TIMOTHY D. DEGIUSTI
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE